SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
PAMELA PAASO, TXSB# 24060371
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00302-HZ |
| v. | |
| **GIOVANNI TERRENCE BONDURANT,** | **GOVERNMENT'S MOTION TO DISMISS INDICTMENT WITH PREJUDICE** |
| **Defendant.** | **Rule 48(a) Fed. R. Crim. P.** |

United States of America moves to dismiss the indictment filed on August 4, 2020 with prejudice in the interest of justice. Fed. R. Crim. P. 48(a). Defendant has completed the requirements of the deferred resolution agreement.

Dated: June 7, 2021

                                                            Respectfully submitted,

                                                            SCOTT ERIK ASPHAUG
                                                            Acting United States Attorney

                                                           s/ *Pamela Paaso*
                                                           PAMELA PAASO
                                                           Assistant United States Attorney